IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CAROLYN FARMER-GROSSOEHME                                    PLAINTIFF

vs.                              Case No.: 07-5197

LIFE INSURANCE COMPANY OF
NORTH AMERICA and CIGNA INSURANCE
COMPANY                                                      DEFENDANTS

ORDER OF DISMISSAL WITH PREJUDICE

NOW ON THIS _25th_ DAY OF _February_, 2008, comes on to be heard the above-styled cause, and from the case file, statements of counsel, and other things and matters before the Court, the Court finds that this matter has been settled between the parties and thus, the Court finds that this matter should be and it hereby is dismissed, with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

_____
Ray B. Schlegel, Attorney for Plaintiff

_____
Jeffrey Spillyards, Attorney for the Defendants

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 25 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK